Attachment C

DOL-800 dated 10/19/2011.

EEOC Determination

Plaintiff's EEOC Charge

Dentfirst Practice Manual

Performance Review
        9/9/8

Letter of recommendation from Karen S. Horace, D.D.S.

Letter of recommendation from Fred

12/4/2011 letter of recommendation from Val Warner

Undated letter of recommendation from Daniel West, D.D.S., M.S.

Undated letter of recommendation from Marilyn Pattison, CPA

Dentfirst Sexual Harassment & Discrimination Policy

Plaintiff's pay records

Dentfirst website